UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 04, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER LOPEZ,

Defendant.

Case No. 2;17-mj-00175-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEXANDER LOPEZ ,
Case No. 2;17-mj-00175-CKD , from custody for the following reasons: _on 10/5/2017 at 9:00 am from Marshall lockup_

___ Release on Personal Recognizance

 X  Bail Posted in the Sum of $ _____

 X  Unsecured Appearance Bond $  25,000 - cosigned by defendant's brother.

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

 X  (Other): Pretrial Services conditions of supervision.

Issued at Sacramento, California on October 04, 2017 at _2:15 pm_

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney