UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 04, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER LOPEZ,<br><br>Defendant. | Case No. 2;17-mj-00175-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEXANDER LOPEZ ,
Case No. 2;17-mj-00175-CKD , from custody for the following reasons: _on 10/5/2017 at 9:00 am w/w Marshall lockup_

___ Release on Personal Recognizance

**X** Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $ _25,000 - cosigned by defendant's brother._

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other): _Pretrial Services conditions of supervision._

Issued at Sacramento, California on October 04, 2017 at _2:15 pm_

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney